Ryan Lee, Esq. (SBN 235879)
Krohn & Moss, Ltd.
10635 Santa Monica Blvd., Suite 170
Los Angeles, CA  90025
T: (323) 988-2400; F: (866) 802-0021
rlee@consumerlawcenter.com

Attorneys for Plaintiff, MATT GEORGE

# IN THE UNITED STATES DISTRICT COURT,
## EASTERN DISTRICT OF CALIFORNIA- SACRAMENTO DIVISION

| | |
|---|---|
| MATT GEORGE<br><br>          Plaintiff,<br><br>     vs.<br><br>NCO FINANCIAL SYSTEMS, INC.,<br><br>          Defendant. | Case No. 2:08-cv-02818-LKK-DAD<br><br>STIPULATION TO VACATE JUDGMENT AND DISMISS ACTION WITH PREJUDICE |

     Plaintiff, MATT GEORGE, filed the present action against NCO FINANCIAL SYSTEMS, INC. ("NCO") on November 20, 2008. MATT GEORGE accepted NCO's Offer of Judgment on January 9, 2009.  The parties subsequently resolved the action in its entirety.  As part of said resolution, the parties agree to vacate the judgment entered by this Court and to dismiss the entire action with prejudice.

     IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the judgment entered in the above captioned action be vacated pursuant to Fed. R. Civ. Pro. 60.

IT IS FURTHER STIPULATED by and between the parties to this action through their designated counsel that the above captioned action is dismissed with prejudice pursuant to Fed. R. Civ. Pro. 41.

Dated:   2/26/09                              SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.P.

/s/ Albert R. Limberg
Albert R. Limberg
Attorney for Defendant
NCO Financial Systems, Inc.

Dated: 2/26/09                                KROHN & MOSS

/s/ Ryan Lee
Ryan Lee
Attorney for Plaintiff
Matt George

IT IS SO ORDERED:

_____
Hon. Lawrence K. Karlton
U.S. District Court Judge